**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROSEMARIE MEZA,** | ) | |
| **Plaintiff,** | ) | **Case  No. CV 15-05863 AJW** |
| | ) | |
| **v.** | ) | **J U D G M E N T** |
| | ) | |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of the**<br>**Social Security Administration,** | )<br>)<br>) | |
| | ) | |
| **Defendant.** | ) | |

     **IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded for further administrative proceedings consistent with the memorandum of decision.

February 27, 2017.

_____
ANDREW J. WISTRICH
United States Magistrate Judge