Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE MEZA, | )<br>) CASE NO.: 2:15-cv-5863-AJW |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) *[PROPOSED]* ORDER |
| NANCY A. BERRYHILL, Acting | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | )<br>) |
| Defendant. | )<br>) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE

THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) subject to

the terms of the stipulation.

DATED:  March 28, 2017

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE